Prepared by State Reporter from Appeal Papers

*Peter C. Mann, Charles W. Pierson* and *James D. Ewing* for appellant.

*John J. Finn* for respondent.

Judgment of Appellate Division and that of Special Term reversed, and motion for summary judgment denied, with costs in all courts, on the ground that there are questions of fact presented by the record which ought not to be determined on a motion for summary judgment.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

HENRY D. BULKLEY, Respondent, *v.* ROUKEN GLEN, INC., Appellant.

*Real property — contract — sale — specific performance — action to compel specific performance of contract for sale of real property or for damages.*

*Bulkley* v. *Rouken Glen, Inc.,* 222 App. Div. 570, affirmed.

(Argued June 19, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1928, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract of sale by defendant to plaintiff of certain real property or for damages, it appearing that defendant could not convey an unincumbered title.

*Michael D. Reilly* for appellant.

*Harold B. Elger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.